All the next case number 24-1719 United States against James Bost. 24-1791